IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In Re:
JERRY SWANSON
LINDA SWANSON            Case No. 9:13-bk-14289-FMD

           Debtors.
_____ /

## REPORT AND NOTICE OF INTENTION TO SELL
## PROPERTY OF THE ESTATE

TO:    Creditors, Debtors and Parties in Interest:

ROBERT E. TARDIF JR., the Trustee duly appointed and acting in the above estate, reports that he intends to sell on or after 21 days from the date of mailing, the following property of the estate of the Debtors, under the terms and conditions set forth below:

1. **Type of Sale:** Private sale to Joseph J. Popp or assignee

2. **Description of Property:** All right, title and interest, if any, of the bankruptcy estate in and/or to 712 Meyer Dr., Naples, Florida (Lot 34, Orange Tree Unit Two, Citruss Greens Section, Phase 4A, according to the plat thereof recorded in Plat Book 14, Page 113, Public Records of Collier County, Florida)

3. **Terms and Conditions of Sale:** $4,000.00.

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Suite 555, Tampa, Florida 33602, and serve a copy on the Trustee, Robert E. Tardif Jr., P.O. Box 2140, Ft. Myers, Florida 33902 and on the Assistant United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602.

If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

4. **Liens & Encumbrances:** The Trustee has noted all liens of which he has knowledge below, but the Trustee has not performed a judgment or lien search. The property is being sold **SUBJECT TO** any and all liens and encumbrances of record, those indicated on the Debtor's schedules and any unknown liens and encumbrances, including any IRS of other governmental liens and encumbrances for payment of delinquent or current taxes. The Purchaser is responsible for checking the marketability of the title to the property prior to the date of sale. The Purchaser is responsible for payment of all costs involved in the transfer of title to the property including, but not limited to recording costs, documentary stamps and/or sales tax. NO WARRANTIES are either express or implied. The property is being sold AS IS.

| Lienholder | Amount of lien |
|---|---|
| HFC<br>P.O. Box 9068<br>Brandon, FL 33509 | $299,038.00 |
| Fifth Third Bank<br>5050 Kingsley Dr.<br>Cincinnati, OH 45227 | $ 19,423.00 |
| Citrus Greens @ Orangtree<br>1130 Grove Dr.<br>Naples, FL 34120 | $ 1,815.80 |

> **NOTICE:** For items subject to Florida Sales Tax, if an exemption or waiver is sought, a Resale or Consumer Exemption Certificate will be required upon the sale. The certificate must bear the name and address of the Purchaser, the effective date and the number of the dealer's certificate of registration, and the dealer's signature. If a resale certificate is not presented when required, sales tax will be collected. The tax shall be added to the sales price and the amount of the tax shall be separately stated as Florida tax on any charge tickets, sales slips, invoices or other tangible evidence of sale, and shall be a debt from the purchaser or consumer to the Trustee. If a titled vehicle is involved, buyer is responsible for paying sales tax to the Tag Agency or Tax Collector. This provision does not apply to real estate.

5. **Higher Bids:** In the case of private sales only, the Trustee will entertain any higher bids for the purchase of the property described in this Report and Notice of Intention to Sell. Such bids must be at least $500.00 higher than the sales price reflected above. Any higher bid must be received by the Trustee at the address listed below no later than close of business 21 days from the date of service of this document. In the event a higher offer is received, the Trustee will conduct an auction between the competing proposed purchasers.

Dated this November 25, 2013.

/s/ Robert E. Tardif Jr.
Robert E. Tardif Jr., Trustee
Post Office Box 2140
Fort Myers, Florida 33902
Telephone: 239/362-2755
Facsimile: 239/362-2756

Copies mailed to:

Assistant United States Trustee (electronically)
Jerry & Linda Swanson, 712 Meyer Dr., Naples, FL 34120
David Lampley (electronically)
All Creditors and Parties of Interest

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-9<br>Case 9:13-bk-14289-FMD<br>Middle District of Florida<br>Ft. Myers<br>Mon Nov 25 10:46:12 EST 2013 | Caryl E. Delano<br>Tampa<br>, FL | Jerry Swanson<br>2240 Malibu Lakes Circle #0216<br>Naples, FL 34119-8790 |
| Linda Swanson<br>2240 Malibu Lakes Circle #0216<br>Naples, FL 34119-8790 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | BANK OF AMERICA<br>NY7-501-02-07<br>5701 HORATIO STREET<br>UTICA, NY 13502-1024 |
| BANK OF AMERICA<br>PO BOX 25118<br>TAMPA, FL 33622-5118 | BP<br>PO BOX 15298<br>WILMINGTON, DE 19850-5298 | BP GAS CARD<br>PO BOX 94014<br>PALATINE, IL 60094-4014 |
| CACH, LLC<br>4340 S MONACO ST UNIT 2<br>DENVER, CO 80237-3408 | CAP ONE<br>26525 N RIVERWOODS BLVD<br>METTAWA, IL 60045-3438 | CAPITAL ONE BANK<br>PO BOX 30285<br>SALT LAKE CITY, UT 84130-0285 |
| CAPITAL ONE BANK NA<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | CARDMEMBER SERVICES<br>P.O. BOX 15153<br>WILMINGTON, DE 19886-5153 | CHASE<br>201 N WALNUT STREET   MAILSTOP DE1-1027<br>WILMINGTON, DE 19801-2920 |
| CHASE<br>PO BOX 24696<br>COLUMBUS, OH 43224-0696 | CHASE-BP<br>PO BOX 15298<br>WILMINGTON, DE 19850-5298 | CHEXSYSTEMS<br>CONSUMER RELATION<br>7805 HUDSON RD STE 100<br>WOODBURY, MN 55125-1595 |
| (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | CITRUS GREENS @ ORANGETREE<br>1130 GROVE DR<br>NAPLES, FL 34120-1425 | DOCTORS BUSINESS BUR<br>202 N FEDERAL HWY<br>LAKE WORTH, FL 33460-3438 |
| EQUIFAX CREDIT INFORMATION<br>SERVICES, INC.<br>P.O. BOX 740241<br>ATLANTA, GA 30374-0241 | EXPERIAN<br>475 ANTON BOULEVARD<br>COSTA MESA, CA 92626-7037 | FIFTH THIRD BANK<br>5050 KINGSLEY DR<br>CINCINNATI, OH 45227-1115 |
| FIFTH THIRD BANK<br>PO BOX 630900<br>CINCINNATI, OH 45263-0900 | FORD CRED<br>PO BOX BOX 542000<br>OMAHA, NE 68154-8000 | GE CAPITAL RETAIL BANK<br>BANKRUPTCY NOTICES<br>PO BOX 103104<br>ROSWELL, GA 30076-9104 |
| GECRB/JCP<br>PO BOX 984100<br>EL PASO, TX 79998 | GECRB/WALMART<br>PO BOX 965024<br>ORLANDO, FL 32896-5024 | HFC<br>PO BOX 88000<br>BALTIMORE, MD 21288-0001 |

| | | |
|---|---|---|
| HFC<br>PO BOX 9068<br>BRANDON, FL 33509-9068 | HSBC CARD SERVICES<br>PO BOX 17332<br>BALTIMORE, MD 21297-1332 | HSBC CARD SERVICES<br>PO BOX 80084<br>SALINAS, CA 93912-0084 |
| INTERNAL REVENUE SERVICE<br>CENTRAL INSOLVENCY OP<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OP<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | JC PENNEY<br>PO BOX 530945<br>ATLANTA, GA 30353-0945 |
| JC PENNEY<br>PO BOX 960001<br>ORLANDO, FL 32896-0001 | KAY JEWELERS<br>375 GHENT RD<br>FAIRLAWN, OH 44333-4600 | KAY JEWELERS<br>PO BOX 1799<br>AKRON, OH 44309-1799 |
| LAW OFFICES OF ED OVERCASH<br>33 VILLA ROAD<br>SUITE 401<br>GREENVILLE, SC 29615-3037 | LAW OFFICES OF ED OVERCASH<br>37 VILLA RD STE 507<br>GREENVILLE, SC 29615-3038 | LEADING EDGE RECOVERY<br>5440 N CUMBERLAND AVENUE<br>SUITE 300<br>CHICAGO, IL 60656-1486 |
| LEADING EDGE RECOVERY<br>PO BOX 505<br>LINDEN, MI 48451-0505 | MARCADIS SINGER PA<br>5104 S WESTSHORE BOULEVARD<br>TAMPA, FL 33611-5650 | MILLENIUM PHYSICIAN GROUP<br>2335 AARON STREET<br>PORT CHARLOTTE, FL 33952-5305 |
| MILLENIUM PHYSICIAN GROUP<br>PO BOX 11126<br>BELFAST, ME 04915-4002 | NORTH SHORE AGENCY<br>9525 SWEET VALLEY DRIVE<br>BLDG. A<br>VALLEY VIEW, OH 44125-4237 | NORTH SHORE AGENCY<br>PO BOX 9205<br>OLD BETHPAGE, NY 11804-9005 |
| PATHOLOGY ASSOCIATES OF N FL<br>PMB 509<br>PO BOX 147050<br>GAINESVILLE, FL 32614-7050 | PHYSICIANS REGIONAL MEDICAL<br>8300 COLLIER BOULEVARD<br>NAPLES, FL 34114-3549 | PHYSICIANS REGIONAL MEDICAL<br>PO BOX 281427<br>ATLANTA, GA 30384-1427 |
| PHYSICIANS REGIONAL MEDICAL<br>PO BOX 413003<br>NAPLES, FL 34101-3003 | PLANTATION BILLING CENTER<br>PO BOX 189016<br>FORT LAUDERDALE, FL 33318-9016 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| PORTFOLIO RECVRY&AFFIL<br>120 CORPORATE BLVD STE 1<br>NORFOLK, VA 23502-4962 | PRIMARY FINANCIAL SERVICES<br>3115 NORTH 3RD AVENUE<br>SUITE 112<br>PHOENIX, AZ 85013-4387 | PRIMARY FINANCIAL SERVICES<br>5959 CORPORATE DRIVE<br>SUITE 1400<br>HOUSTON, TX 77036-2311 |
| SEARS CREDIT CARDS<br>PO BOX 183081<br>COLUMBUS, OH 43218-3081 | SEARS/CBNA<br>PO BOX 6282<br>SIOUX FALLS, SD 57117-6282 | SOUTHWEST FLORIDA EMERGENCY<br>PHYSICIANS<br>PO BOX 23419<br>JACKSONVILLE, FL 32241-4419 |

| | | |
|---|---|---|
| SOUTHWEST FLORIDA EMERGENCY<br>PO BOX 634633<br>CINCINNATI, OH 45263-4633 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | STERLING JEWELERS<br>375 GHENT ROAD<br>AKRON, OH 44333-4601 |
| TGM MALIB LAKES LLC<br>2115 MALIBU LAKES CIRCLE<br>NAPLES, FL 34119-8718 | TRANSUNION CONSUMER SOLUTION<br>P.O. BOX 2000<br>CHESTER, PA 19016-2000 | US ATTORNEY GENERAL<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20530-0009 |
| US ATTORNEY'S OFFICE MD FLA<br>400 N TAMPA ST STE 3200<br>TAMPA, FL 33602-4774 | VALENTINE & KEBARTAS INC<br>15 UNION STREET<br>LAWRENCE, MA 01840-1866 | VALENTINE & KEBARTAS INC<br>PO BOX 325<br>LAWRENCE, MA 01842-0625 |
| VERIZON WIRELESS<br>1 VERIZON PL<br>ALPHARETTA, GA 30004-8510 | VERIZON WIRELESS BANKRUPTCY<br>PO BOX 3397<br>BLOOMINGTON, IL 61702-3397 | VITAL RECOVERY SERVICES<br>PO BOX 923747<br>NORCROSS, GA 30010-3747 |
| VITAL RECOVERY SERVICES<br>PO BOX 923748<br>NORCROSS, GA 30010-3748 | WALMART<br>PO BOX 530927<br>ATLANTA, GA 30353-0927 | WALMART<br>PO BOX 960023<br>ORLANDO, FL 32896-0023 |
| WELLS FARGO<br>BANKRUPTCY DEPARTMENT<br>4137 121ST STREET<br>URBANDALE, IA 50323-2310 | WFF CARDS<br>3201 N 4TH AVE<br>SIOUX FALLS, SD 57104-0700 | Robert E Tardif Jr.+<br>Trustee<br>Post Office Box 2140<br>Fort Myers, FL 33902-2140 |
| Carmen Dellutri +<br>The Dellutri Law Group PA<br>1436 Royal Palm Square Blvd.<br>Fort Myers, FL 33919-1049 | United States Trustee - FTM7/13 +<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | David Lampley +<br>The Dellutri Law Group, PA<br>1436 Royal Palm Square Blvd.<br>Fort Myers, FL 33919-1049 |

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BANK OF AMERICA<br>4161 PIEDMONT PKWY<br>GREENSBORO, NC 27410 | CITIBANK BANKRUPTCY<br>PO BOX 20507<br>KANSAS CITY, MO 64915 | PORTFOLIO RECOVERY<br>PO BOX 12914<br>NORFOLK, VA 23541 |

| | | |
|---|---|---|
| SPRINGLEAF FINANCIAL<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | (d)SPRINGLEAF FINANCIAL S<br>601 NW 2ND ST<br>EVANSVILLE, IN 47708 | End of Label Matrix<br>Mailable recipients    81<br>Bypassed recipients     0<br>Total                  81 |